NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HITACHI HOME ELECTRONICS (AMERICA), INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,
UNITED STATES CUSTOMS AND BORDER
PROTECTION, and ROSA HERNANDEZ, Port Director, United States Customs and Border Protection,**
*Defendants-Appellees.*

---

2010-1345

---

Appeal from the United States Court of International Trade in case no. 09-CV-0191, Chief Judge Jane A. Restani.

---

## ON MOTION

---

## ORDER

Hitachi Home Electronics (America), Inc. moves for a 30-day extension of time, until October 7, 2010, to file its opening brief. Hitachi states that the United States, et al., consent.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.   No further extensions should be anticipated.

FOR THE COURT

___AUG 2 7 2010___                    /s/ Jan Horbaly
Date                                  Jan Horbaly
                                      Clerk

cc:  Sidney N. Weiss, Esq.
     Justin R. Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2010

JAN HORBALY
CLERK